No. 10–7251.  ARUANNO *v.* HAYMAN ET AL.  C. A. 3d Cir. Certiorari denied.

No. 10–7270.  MUSGROVE *v.* FRANKE, SUPERINTENDENT, TWO RIVERS CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 10–7311.  WARE *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 10–7314.  BOYLE *v.* UNITED STATES ET AL.  C. A. 3d Cir. Certiorari denied.

No. 10–7315.  COOPER *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 10–7346.  GOMEZ *v.* WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 10–7357.  WILLIAMS *v.* POTTER, POSTMASTER GENERAL. C. A. 9th Cir.  Certiorari denied.

No. 10–7365.  COLLINS *v.* WASHINGTON DEPARTMENT OF LABOR AND INDUSTRIES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–7380.  NARVIOS *v.* LAMARQUE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–7388.  DYKES *v.* MURPHY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–7399.  SANDERS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–7401.  JOHNSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–7403.  LOPEZ *v.* ZENON, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–7406.  MICHTAVI *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–7408.  PORTLEY-EL *v.* BRILL, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.